IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES ANTHONY GUERRERO,

    Plaintiff,                  No. CIV S-10-0318 DAD P

   vs.

S. McCLURE, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has filed an application to proceed in forma pauperis under 28 U.S.C. § 1915. This proceeding was referred to the undersigned magistrate judge in accordance with Local Rule 302 and 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted an in forma pauperis application that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, plaintiff will be granted leave to proceed in forma pauperis.

        Plaintiff is required to pay the statutory filing fee of $350.00 for this action. <u>See</u> 28 U.S.C. §§ 1914(a) & 1915(b)(1). An initial partial filing fee of $7.32 will be assessed by this order. <u>See</u> 28 U.S.C. § 1915(b)(1). By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's prison trust account and forward it to

1

1  the Clerk of the Court.  Thereafter, plaintiff will be obligated to make monthly payments of
2  twenty percent of the preceding month's income credited to plaintiff's prison trust account.
3  These payments will be collected and forwarded by the appropriate agency to the Clerk of the
4  Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in
5  full.  See 28 U.S.C. § 1915(b)(2).

6           Plaintiff's complaint appears to state cognizable claims for relief pursuant to 42
7  U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff
8  has a reasonable opportunity to prevail on the merits of this action.

9           Plaintiff has requested the appointment of counsel.  The United States Supreme
10 Court has ruled that district courts lack authority to require counsel to represent indigent
11 prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In
12 certain exceptional circumstances, the court may request the voluntary assistance of counsel
13 pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991);
14 Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court
15 does not find the required exceptional circumstances.  Plaintiff's motion for the appointment of
16 counsel will therefore be denied.

17           Accordingly, IT IS HEREBY ORDERED that:

18           1. Plaintiff's February 8, 2010 application to proceed in forma pauperis (Doc. No.
19 2) is granted.

20           2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.
21 Plaintiff is assessed an initial partial filing fee of $7.32.  All fees shall be collected and paid in
22 accordance with this court's order to the Director of the California Department of Corrections
23 and Rehabilitation filed concurrently herewith.

24           3. Service of the complaint is appropriate for the following defendants:
25 Correctional Officer Sean McClure, Lieutenant D. Ferguson, Lieutenant J. Fecht, Captain R. Fox,
26 and Correctional Officer F. Montes.

4. The Clerk of the Court shall send plaintiff five USM-285 forms, one summons, an instruction sheet, and a copy of the complaint filed February 8, 2010.

5. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit all of the following documents to the court at the same time:

    a. The completed, signed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. Six copies of the endorsed complaint filed February 8, 2010.

6. Plaintiff shall not attempt to effect service of the complaint on defendants or request a waiver of service of summons from any defendant. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

7. Plaintiff's February 8, 2010 motion for the appointment of counsel (Doc. No. 3) is denied.

DATED: February 16, 2010.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
guer0318.1

1
2
3
4
5
6
7

8                       IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAMES ANTHONY GUERRERO,

11            Plaintiff,                    No. CIV S-10-0318 DAD P

12        vs.

13   S. McCLURE, et al.,                    NOTICE OF SUBMISSION

14            Defendants.                   OF DOCUMENTS

15   _____/

16        Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18            _____  one completed summons form;

19            _____  [#] completed USM-285 forms; and

20            _____  [#] true and exact copies of the complaint filed [date].

21   DATED: _____.

22
23                                          _____
                                            Plaintiff
24
25
26