IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES ANTHONY GUERRERO,

        Plaintiff,                    No. CIV S-10-0318 GEB DAD P

    vs.

S. McCLURE, et al.,

        Defendants.             <u>ORDER</u>

_____/

        Defendants have filed a motion to modify the scheduling order and to extend the time for the filing a dispositive motion. On September 29, 2011, the court issued an order resolving discovery disputes and modifying the court's June 29, 2010 discovery and scheduling order by establishing January 20, 2012 as the new deadline for the filing all pretrial motions, except motions to compel discovery. Defendants now request that the time for filing of dispositive motions be extended an additional forty days, to and including March 1, 2012. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' January 20, 2012 motion to modify the scheduling order with respect to the deadline for filing dispositive motions (Doc. No. 51) is granted;

/////

/////

1

2.  The parties may file dispositive motions in this action on or before March 1, 2012. Any such motion shall be briefed in accordance with paragraph 7 of this court's March 9, 2010 order.

DATED: January 20, 2012.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
guer0318.36mot