IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES ANTHONY GUERRERO,

    Plaintiff,                    No. CIV S-10-0318 GEB DAD P

    vs.

S. McCLURE, et al.,

    Defendants.              <u>ORDER</u>

        Plaintiff, a state prisoner proceeding pro se with a civil rights action, has requested appointment of counsel. This is plaintiff's second such request. For the same reasons set forth in the court's July 27, 2010 order, plaintiff request will be denied.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's January 23, 2012 motion for appointment of counsel (Doc. No. 54) is denied.

DATED: February 6, 2012.

                                            /s/ Dale A. Drozd
                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

DAD:mp/4
guer0318.31.sec

1