IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES ANTHONY GUERRERO,

     Plaintiff,                    No. CIV S-10-0318 GEB DAD P

    vs.

S. McCLURE, et al.,

     Defendants.         <u>ORDER</u>

_____/

        Plaintiff, a prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against five defendants. Defendant McClure is presented by the law firm of Williams & Associates. All other defendants are represented by the Office of the Attorney General. On February 23, 2012, the Deputy Attorney General filed a motion to modify the scheduling order in this action to extend the time for filing a dispositive motion by defendant Montes. It was explained in the motion that a conflict of interest was discovered between defendant Montes and defendants Fox, Fecht and Ferguson, who are also represented by the Office of the Attorney General. The requested extension of time was granted so that new counsel could be obtained for defendant Montes and to provide that new counsel an opportunity to review the file and to act on behalf of defendant Montes. <u>See</u> Doc. No. 59. Now before the court is a substitution of attorney reflecting the substitution in of attorney Kelly

1

1  Yokley of the Law Offices of Rivera & Associates as counsel of record for defendant Montes
2  replacing the Attorney General's Office.  See Doc. No. 61.
3  　　　　　Accordingly, IT IS HEREBY ORDERED that attorney Kelly A. Yokley of the
4  Law Offices of Rivera & Associates, is substituted in as counsel of record for defendant F.
5  Montes in place of Deputy Attorney General Michelle Leigh Angus.
6  DATED: March 12, 2012.

　　　　　　　　　　　　　　　　　　　/s/ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　DALE A. DROZD
9  DAD:4　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE
　　guer0318.sub

2